# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

KEN and CYNTHIA DOMANN,

    Plaintiffs,

vs.                                                  No. CIV 99-192 LH/LFG

DEBBIE VIGIL, M.D. ,

    Defendant.

and

KEN and CYNTHIA DOMANN,

    Plaintiffs,

vs.                                                   No. CIV 00-345 BRB/LFG

BRUCE A. SHAFFER, M.D. ,

    Defendant.

## MEMORANDUM OPINION AND ORDER

       **THIS MATTER** comes before the Court on Applicant for Intervention's ("Applicant") Motion to Intervene as a Defendant (Docket No. 59), filed April 10, 2000. The Court, having considered the pleadings submitted by the parties, the arguments of counsel, and otherwise being fully advised, finds the motion shall be **denied** as moot.

       Applicant is the defendant in the action captioned *Ken and Cynthia Domann v. Bruce A. Shaffer, M.D.*, Civ. No. 00-345 BRB/LFG ("the Shaffer case"). Applicant filed this motion, seeking to intervene in the case of *Ken and Cynthia Domann v. Debbie Vigil, M.D.*, Civ. No. 99-192

LH/JHG. Both cases present common questions of law and fact that arise out of medical services provided to Plaintiff Cynthia Domann by Doctors Vigil and Shaffer. The Shaffer case was consolidated with this case by order on April 25, 2000 (Civ. No. 00-345, Docket No. 10).

**IT IS, THEREFORE, ORDERED** that Applicant for Intervention's Motion to Intervene as a Defendant (Docket No. 59), filed April 10, 2000, is **denied** as moot.

_____
**UNITED STATES DISTRICT JUDGE**